IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:13-CV-39-F

UNITED STATES OF AMERICA,                )
                                         )
            Plaintiff,                   )
                                         )
      v.                                 )    **DEFAULT JUDGMENT**
                                         )
WILLIAMS' PERSONAL PROPERTY,             )
SPECIFICALLY DESCRIBED AS:               )
A TAURUS, MODEL PT27/7, 45 CALIBER       )
SEMI-AUTOMATIC PISTOL, SERIAL NUMBER     )
NZK37604; EIGHT (8) ROUNDS OF            )
BRAILIAN CARTIRIDGE COMPANY 45 CALIBER)
AMMUNITION; AND, A REMINGTON ARMS,       )
MODEL 870, 12 GAUGE SAWED-OFF SHOTGUN,)
WITH AN OBLITERATED SERIAL NUMBER,       )
AND ANY AND ALL ACCOMPANYING             )
AMMUNITION,                              )
                                         )
            Defendants.                  )

This matter is before the Court on Plaintiff's Motion for Default Judgment. It appearing that a copy of the Amended Complaint herein was served upon the potential claimant of the defendants and that publication has been duly made, in accordance with Supplemental Rule G(4), and, thus, that due notice was given accordingly, the Court finds that:

1. Process was duly issued in this cause and the defendants were duly seized by the Bureau of Alcohol, Tobacco, Firearms and Explosives pursuant to said process;

1

2. No entitled persons have filed any claim to the defendants nor answer regarding them within the time fixed by law; and

3. The well-plead allegations of the Complaint in respect to the defendants are taken as admitted, as no one has appeared to deny the same.

Based upon the above findings, it is hereby

ORDERED AND ADJUDGED that:

1. Default judgment be and the same is hereby entered against the defendants;

2. All persons claiming any right, title, or interest in or to the said defendants are held in default;

3. The defendants are forfeited to the United States of America;

4. This Court entered Default in this action at Docket Entry #16; and

5. The Bureau of Alcohol, Tobacco, Firearms and Explosives is hereby directed to dispose of the defendants according to law, including destruction.

SO ORDERED this 31 day of July, 2014.

_____
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE